Ardashes Agopian, Respondent, v. Anna B. Willis, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frederick A. Bradley, Appellant, v. John Kelderhouse, Respondent.— Judgment and order affirmed, with costs. All concurred.

James G. Wilson and Grace Wilson, Appellants, v. William H. Mandeville and John Troy, Respondents.— Judgment affirmed, with costs. All concurred.

Earl B. Eldridge, Respondent, v. William C. Carr, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented on the ground that the plaintiff was guilty of contributory negligence as matter of law.

Wilbur W. Rice, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank Wagner, Respondent, v. Bessie Wagner, Appellant.— Interlocutory and final judgments reversed and new trial ordered upon questions of law and fact, with costs of this appeal to appellant. All concurred.

In the Matter of Proving the Last Will and Testament of Annie Kraemer, Deceased.— Decree affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

In the Matter of Henry J. McCormick, an Attorney.— Upon reading and filing certified copy of the record of conviction of said Henry J. McCormick of a felony he is disbarred and removed from his office of attorney and counselor at law, and his name ordered stricken from the roll of attorneys and counselors.

Almyra B. Farwell, Respondent, v. Adelbert J. Schlager, Appellant.— Judgment affirmed, with costs. All concurred.

William F. Irwin, as Administrator, etc., of Lillian H. Irwin, Deceased Respondent, v. The Grand Trunk Railway Company of Canada, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that all the issues in the case, including the question of damages, must be determined under the laws of Canada and that the finding of the jury that the plaintiff was entitled to compensatory damages in this case is contrary to and against the weight of the evidence. All concurred, except Spring and Robson, JJ., who dissented upon the ground that whether the plaintiff was entitled to compensatory damages under the Canadian law was a question of fact for the jury and was properly disposed of by it.

Caroline Schuman, Appellant, v. Peter R. Sleight and Oliver E. Schuman, as Executors, etc., of Charles F. Schuman, Deceased, Respondents.— Judgment and order affirmed, with costs. All concurred.

William F. Browne, by Winfred Browne, His Guardian ad Litem, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.